UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| SHANNON EDELSTONE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  25-cv-07873-VKD<br><br>**ORDER RE MOTION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 19 |

On March 13, 2026, defendant filed a motion to extend its time to respond to the complaint by 90 days to June 15, 2026 and to continue the initial case management conference and the deadline for filing the joint case management statement.  Dkt. No. 19.  Plaintiff Shannon Edelstone does not oppose the motion.  *Id.* at 2.  In view of defendant's representation that the parties have settled this matter, *id.*, the Court grants the motion, with modifications, as follows:

1.  The deadline for defendant to answer, move, or otherwise respond to the complaint is extended to **June 15, 2026**.

2.  The initial case management conference and the deadline for filing the joint case management statement are vacated.

On or before **June 15, 2026**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.  If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **June 23, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  In advance of the show cause hearing, the parties shall file a statement no later than **June 16, 2026** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is

United States District Court
Northern District of California

requested to file a dismissal.  The parties' status report shall not disclose the substance of any settlement discussions.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: March 16, 2026



Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2